UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 09-84-B-W |
| | ) |
| BRIAN WHEELER | ) |

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2009 JUL -1 P 3:42

BY_____
DEPUTY CLERK

### INFORMATION

The United States Attorney charges:

From about January 2005 through about March 2007, in the District of Maine, the defendant,

BRIAN WHEELER

while an officer, that is, secretary-treasurer, of the Painters, AFL-CIO (IUPAT), Local 1468, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, and other assets of said labor organization in the approximate amount of $5000.

All in violation of Title 29, United States Code, Section 501(c).

Paula D. Silsby
United States Attorney

Date: 5/29/09

_____
Richard W. Murphy
Assistant U.S. Attorney